# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149626 & (18)(19)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENNETH L. ANDERSON,
        Defendant-Appellant.

SC: 149626
COA: 321055
Wayne CC: 90-006515-FC

_____/

By order of April 28, 2015, the application for leave to appeal the June 3, 2014 order of the Court of Appeals was held in abeyance pending the decision in *Montgomery v Louisiana*, cert gtd 575 US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015). On order of the Court, the case having been decided on January 25, 2016, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Wayne Circuit Court for the defendant's first-degree murder conviction, and we REMAND this case to the trial court for resentencing on that conviction pursuant to MCL 769.25 and MCL 769.25a. See *Montgomery*, *supra*; *Miller v Alabama*, 567 US ___; 132 S Ct 2455; 183 L Ed 2d 407 (2012). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motion to stay the proceedings is DENIED. The motion to compel the prosecutor to produce exculpatory materials is DENIED.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



Clerk

a0321